NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CREAGRI, INC., a California Corporation,**
*Plaintiff-Appellant,*

**v.**

**PINNACLIFE INC., a Nevada Corporation,**
*Defendant-Appellee.*

———————————

2014-1209

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-06635-LHK, Magistrate Judge Paul S. Grewal.

———————————

**JUDGMENT**

———————————

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, California, argued for plaintiff-appellant. With him on the brief were LISA KOBIALKA and HANNAH LEE.

K. LEE MARSHALL, Bryan Cave LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief were BERRIE R. GOLDMAN and TRACY M. TALBOT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 15, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |